UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 27  PM 4: 10

CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. |
| | ) | |
| v. | ) | 2 : 2 4 - C r - 6 8 - 1 |
| | ) | |
| JACOB SPENCER | ) | (18 U.S.C. § 922(a)(6)) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about January 26, 2023, in the District of Vermont, JACOB SPENCER, in connection with the acquisition of a Glock model G23, 40 S&W pistol, a Glock model 43x, 9mm pistol, a Glock model G48, 9mm pistol, and a Glock G30, 45 ACP pistol from Rite Way Sports in Hardwick, Vermont, a federally licensed firearms dealer, knowingly made a false or fictitious oral or written statement intended or likely to deceive a federal firearms dealer with respect to a material fact to the lawfulness of the sale of a firearm, specifically JACOB SPENCER stated he was not a user of controlled substances when in fact and as he knew well, JACOB SPENCER was a user of controlled substances.

(18 U.S.C. §922(a)(6))

A TRUE BILL

FOREPERSON

*Nikolas P. Kerest (EAPC)*

NIKOLAS P. KEREST (EAPC)
United States Attorney
Burlington, Vermont
June 27, 2024