AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUL -2 PM 3:38

CLERK
BY _____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Gray Apple iPhone seized from Jacob Spencer on June ) Case No. 2:24-cr-68-1
18, 2024, stored at ATF Burlington, Vermont )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See attachment A, incorporated herein

located in the _____ District of _____ Vermont _____, there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922 (a)(6), 922(g)(3), 932, & 933; 21 U.S.C. §844 | knowingly making false statements in connection with a firearm purchase, knowing possession of firearm by user of controlled substance, knowing straw purchase of firearms, knowing trafficking in firearms; possession of controlled substances |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

ATF TFA James F. Loomis
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ video call _____ *(specify reliable electronic means).*

Date: July 2, 2024

_____
*Judge's signature*

City and state: Burlington, Vermont      Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*