## ATTACHMENT A

The device to be searched is a gray Apple iPhone cellular telephone in a red and black case (the "DEVICE") which was seized from the person of Jacob Spencer on June 18, 2024. The DEVICE is currently located in evidence storage at the ATF Field Office in Burlington, VT.