## **ATTACHMENT B**

All information contained on the DEVICE constituting fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 922 (a)(6), 922(g)(3), 932, and 933 and/or 21 U.S.C. § and 844, including:

    a.    Photographs, videos, and other images of firearms, ammunition, or components of firearms and ammunition;

    b.    Photographs, videos, and other images of controlled substances, drug paraphernalia, currency, packaging materials, receipts, purchases, vehicles, and/or locations;

    c.    Communications—including e-mails, text messages, instant messages, chat logs, attachments to messages, and drafts—related to the possession, acquisition, storage, and/or distribution of firearms or controlled substances; the acquisition and/or distribution of proceeds from the distribution of firearms or controlled substances or the resolution of debts, including the use of threats; and/or and the acquisition, transfer, storage, and/or use of firearms and ammunition as means of payment for controlled substance distributions;

    d.    Geographic data associated with the above-listed images and communications, including GPS data and metadata associated with files and attachments;

    e.    Location data, including GPS data and map application caches, showing the location of the DEVICES between September 2022 to Present;

    f.    Records of financial transactions, including wire transfers, bank deposits and withdrawals, credit or debit card activities, and electronic currency activities between September 2022 to present;

  g. Lists of firearm recipients or providers and lists of drug customers and/or drug suppliers, including identifying and contact information;

  h. Contact lists showing names, street names, nicknames, phone numbers, email addresses, screen names of individuals associated with the purchase, possession and trade of firearms or controlled substances;

  i. Evidence indicating how and when the cellular device and associated cellular service was used to determine the chronological context of cellular device use, account access, and events relating to the crimes under investigation;

  j. Records evidencing the use of the device to access the internet, including:

    a. Internet Protocol addresses used;

    b. Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.